# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **Plaintiff** | § | **CRIMINAL NO.: 2:13CR00280-001** |
| VS. | § § § | |
| **DANIEL MORUA** | § § | |
| **Defendant** | § | |

## ORDER TO WITHDRAW CURRENT WARRANT AND TERMINATION OF SUPERVISED RELEASE

Daniel Morua is currently in the custody of The Texas Department of Criminal Justice. He is scheduled to be immediately released to home hospice care due to numerous medical issues and the future of his quality of life is uncertain. As such, it is recommended that the supervised release warrant issued on November 23, 2015 be withdrawn and termination of supervision be considered.

The Court **ORDERS** the current warrant be withdrawn and termination of Daniel Morua's supervised release be granted.

SIGNED this 24th Day of May 2017, in Houston, Texas.

Lee H. Rosenthal
UNITED STATES DISTRICT JUDGE